John D. Klinedinst, Bar No. 86254
Gregor A. Hensrude, Bar No. 226660
KLINEDINST PC
777 S. Figueroa Street, 47th Floor
Los Angeles, California 90017
(213) 607-2115/FAX (213) 607-2116
ghensrude@klinedinstlaw.com

Edward E. Casto, Jr. Esq.
Brent N. Bumgardner, Esq.
Barry J. Bumgardner, Esq.
Steven W. Hartsell, Esq.
NELSON BUMGARDNER CASTO, P.C.
5601 Bridge Street, Suite 300
Fort Worth, Texas 76112
817-377-9111/FAX 817-377-3485

Attorneys for Plaintiff
GUARDIAN MEDIA TECHNOLOGIES, LTD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN MEDIA TECHNOLOGIES, LTD,<br><br>Plaintiff,<br><br>vs.<br><br>COBY ELECTRONICS CORPORATION; ACER AMERICA CORPORATION; AMAZON.COM, INC.; APPLE INC.; BANG & OLUFSEN AMERICA, INC.; BEST BUY CO., INC.; BOSE CORP.; CISCO SYSTEMS, INC.; COSTCO WHOLESALE CORP.; DELL INC.; DIRECTV, INC.; DIRECTV HOLDINGS, L.L.C.; ECHOSTAR CORPORATION; ECHOSTAR TECHNOLOGIES, L.L.C.; FUJITSU GENERAL AMERICA, INC.; IMATION CORP.; LENOVO (UNITED STATES) INC.; LITE-ON AMERICAS, INC.; LITE-ON SALES & DISTRIBUTION, INC.; MEMOREX PRODUCTS, INC.; MICROSOFT CORPORATION; MOTOROLA, INC.; NINTENDO OF AMERICA, INC.; ONKYO USA CORP.; OVERSTOCK.COM, INC.; RADIO SHACK CORP; ROBERT BOSCH, L.L.C.; SCIENTIFIC-ATLANTA, INC.; SEARS, ROEBUCK AND CO.; SHERWOOD AMERICA, INC.; SOUND AROUND, INC.; TARGET CORP.; TIVO, INC.; TTE | Case No. 2:08-cv-8439 R (RCx)<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT FUJITSU GENERAL AMERICA, INC.**<br><br>Courtroom: 8<br>Judge: Manuel L. Real<br>Magistrate Judge: Rosalyn M. Chapman<br>Complaint Filed: December 22, 2008<br>Trial Date: None set |

|   |   |
|---|---|
| 1 | TECHNOLOGY, INC.; WAL-MART STORES, INC.; VIEWSONIC CORPORATION; YAMAHA CORPORATION OF AMERICA; and YAMAHA ELECTRONICS CORPORATION |
| 2 | |
| 3 | |
| 4 | Defendants. |

On this day came on to be considered the above-entitled and numbered cause, and the Court being advised that the Plaintiff GUARDIAN MEDIA TECHNOLOGIES, LTD. has settled and resolved its differences with Defendant FUJITSU GENERAL AMERICA, INC. and that they have entered into an Agreement setting out the terms and conditions of the settlement ("Agreement"), and as part of such agreement have consented to the entry of an Order approving this Stipulation;

The Parties hereby stipulate that:

1. This Court has jurisdiction over the subject matter of and the Parties to this action and venue is properly laid;

2. The Court shall retain and hereby retains continuing exclusive jurisdiction over the Parties and the subject matter hereto for the purpose of interpreting and enforcing the Agreement;

3. As a result of the Agreement, Defendant is hereby dismissed, with prejudice, by Plaintiff. Defendant hereby dismisses with prejudice any counterclaims it could have asserted against Plaintiff;

4. The dismissals herein shall only apply to the claims between Plaintiff and Defendant, and shall not affect Plaintiff's claims concerning any other party;

///

///

STIPULATION OF DISMISSAL
AS TO DEFENDANT FUJITSU
GENERAL AMERICA, INC.

5. Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.

AGREED AND CONSENTED TO:

NELSON BUMGARDNER CASTO, P.C.

DATED: APRIL 23, 2009     By: *Edward E. Casto Jr. (by permission)*

Edward E. Casto Jr.
Attorneys for PLAINTIFF GUARDIAN
MEDIA TECHNOLOGIES, LTD.

MORRISON & FOERSTER LLP

DATED: APRIL 23, 2009     By: *James E. Hough*

James E. Hough
Attorneys for DEFENDANT FUJITSU
GENERAL AMERICA, INC.

STIPULATION OF DISMISSAL
AS TO DEFENDANT FUJITSU
GENERAL AMERICA, INC.