NO JS -6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GUARDIAN MEDIA TECHNOLOGIES, LTD. <br><br> Plaintiff, <br><br> vs. <br><br> COBY ELECTRONICS CORPORATION, et al. <br><br> Defendants. | Case No: CV08-08439 R(RCx) <br><br> **JUDGMENT IN A CIVIL CASE** |
| AND RELATED CROSS ACTIONS | |

This action was decided by Judge Manuel L. Real without a jury on Defendant Nintendo of America, Inc.'s ("Nintendo") Motion for Summary Judgment of Non-Infringement (Dkt. No. 106). The Court having found that Nintendo has not infringed any claim of U.S. Patent No. 4,930,158:

**IT IS ORDERED AND ADJUDGED:**

(A)   Plaintiff recover nothing from Nintendo;

(B)   Plaintiff's claims against Nintendo are dismissed with prejudice on the merits;

(C)   Costs are taxed against Plaintiff; and

(D)   Nintendo's counterclaims are dismissed as moot.

Dated:__June 8, 2009__    _____
                          Hon. Manuel L. Real
                          United States District Judge