NO JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GUARDIAN MEDIA TECHNOLOGIES, LTD. <br><br> Plaintiff, <br><br> vs. <br><br> COBY ELECTRONICS CORPORATION, et al. <br><br> Defendants. | Case No: CV08-08439 R(RCx) <br><br> **AMENDED JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |
| AND RELATED CROSS ACTIONS | |

This action was decided by Judge Manuel L. Real without a jury on Defendant Nintendo of America, Inc.'s ("Nintendo") Motion for Summary Judgment of Non-Infringement (Dkt. No. 106) and Nintendo's Motion to Direct Entry of Final Judgment for Nintendo Pursuant to FED. R. CIV. P. 54(b) (Dkt. No. 196). The Court having found that: (1) Nintendo has not infringed any claim of U.S. Patent No. 4,930,158; (2) the Court's grant of summary judgment of non-infringement for Nintendo completely disposes of Plaintiff Guardian Media Technologies, Ltd.'s ("Guardian") claims against Nintendo and Nintendo's counterclaims against Guardian; (3) Guardian's claims for relief against Nintendo are separate from Guardian's claims for relief against the other thirty-eight defendants; and (4) the likelihood that final adjudication of the entire case will be substantially delayed to the detriment of Nintendo:

**IT IS ORDERED AND ADJUDGED:**

(A)  Guardian recover nothing from Nintendo;

(B)  Guardian's claims against Nintendo are dismissed with prejudice on the merits;

(C)  Costs are taxed against Guardian;

(D)  Nintendo's counterclaims are dismissed as moot;

(E)  The Court expressly determines that there is no just reason for delay to enter final judgment for Nintendo pursuant to FED. R. CIV. P. 54(b);

(F)  The Court directs entry of final judgment for Nintendo pursuant to FED. R. CIV. P. 54(b); and

(G)  This Amended Judgment supersedes the Court's Judgment signed on June 8, 2009 and entered on June 9, 2009 (Dkt. No. 201).

Dated:__June 10, 2009___                    _____
                                             Hon. Manuel L. Real
                                             United States District Judge