# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.: CV-08-8439-R                                                      **Date:** JUNE 15, 2009

TITLE: GUARDIAN MEDIA TECHNOLOGIES LTD V. COBY ELECTRONICS CORP et al

==================================================================
PRESENT:

**HON. MANUEL L. REAL, JUDGE**

| **William Horrell** | **Sandra Becerra** |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

Edward Casto Jr
Cassandra Hooks

H. G. Robert Fong
Robert Dato
Roger Fulghum
Kevin McBride
Robert Cruzen
Charles Barquist
Todd Tucker
Scott Mosko

**PROCEEDINGS:** ORDER TO SHOW CAUSE why plaintiff should not be required to file separate lawsuits as to each unrelated defendant

**The Court hears from counsel for plaintiff.**
**The Court ORDERS this action DISMISSED as to all defendants except for the first-named defendant Coby Electronics Inc, and as to the following defendants who have already filed answers in this action: Nintendo of America, Inc. (which already has final judgment entered); Overstock.com; Dell, Inc; Lite-On Americas, and Lite-On Sales & Distribution, Inc.; and as to defaulted defendant Sherwood America, Inc., for which a motion for default judgment remains set for July, 6, 2006.  As to all other named defendants not mentioned above, this action is hereby dismissed, without prejudice to plaintiff filing new complaints against each of the dismissed defendants, individually as to each separate defendant, per newly-filed complaint, within the next 30 days.**
**IT IS SO ORDERED.  Plaintiff shall serve a copy of this Minute Order on each and every defendant originally named and served in this action.**

                                                                                                      **5 min**

**MINUTES FORM 90**                                                **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**