John D. Klinedinst, Bar No. 86254
Gregor A. Hensrude, Bar No. 226660
KLINEDINST PC
777 S. Figueroa Street, 47th Floor
Los Angeles, California 90017
(213) 607-2115/FAX (213) 607-2116

Edward E. Casto, Jr. Esq.
Brent N. Bumgardner, Esq.
Barry J. Bumgardner, Esq.
Steven W. Hartsell, Esq.
NELSON BUMGARDNER CASTO, P.C.
5601 Bridge Street, Suite 300
Fort Worth, Texas 76112
817-377-9111/FAX 817-377-3485
Attorneys for Plaintiff GUARDIAN MEDIA TECHNOLOGIES, LTD.

John H. Barr
Christopher A. Shield
Mateo Z. Fowler
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, Texas 77002-2781
713-223-2300/FAX 713- 221-1212

H.G. Robert Fong
KU & FONG
523 West 6th Street, Suite 707
Los Angeles, California 90014
213- 488-1400/FAX 213-236-9235
Attorneys for Defendant OVERSTOCK.COM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN MEDIA TECHNOLOGIES, LTD,<br><br>Plaintiff,<br><br>v.<br><br>COBY ELECTRONICS CORPORATION; NINTENDO OF AMERICA, INC.; OVERSTOCK.COM; DELL, INC.; LITE-ON AMERICAS; LITE-ON SALES & DISTRIBUTION, INC.; SHERWOOD AMERICA, INC.,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS. | Case No.   2:08-cv-8439 R (RCx)<br><br>**STIPULATION OF DISMISSAL CONCERNING DEFENDANT OVERSTOCK.COM, WITHOUT PREJUDICE, PURSUANT TO RULE 41(A)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Courtroom:        8<br>Judge:               Manuel L. Real<br>Magistrate Judge: Rosalyn M. Chapman<br>Complaint Filed:  December 22, 2008<br>Trial Date:         None set |

1   IT IS HEREBY STIPULATED by and between Plaintiff GUARDIAN MEDIA TECHNOLOGIES, LTD., on the one hand, and Defendant and Counterclaimant OVERSTOCK.COM, INC., on the other hand, by and through their respective counsel of record, that Guardian's claims against Overstock.com, and Overstock.com's counterclaims against Guardian, should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The parties respectfully request that the Court enter an order to this effect in the form of the [Proposed] Order that is being submitted herewith.

**IT IS SO STIPULATED.**

DATED: July 21, 2009        By:  */s / Gregor A. Hensrude*
                                 John D. Klinedinst
                                 Gregor A. Hensrude
                                 Samuel B. Strohbehn
                                 KLINEDINST PC

                                 Edward E. Casto, Jr. Esq.
                                 Brent N. Bumgardner, Esq.
                                 Barry J. Bumgardner, Esq.
                                 Steven W. Hartsell, Esq.
                                 NELSON BUMGARDNER CASTO, P.C.

                                 Attorneys for Plaintiff/Counterdefendant
                                 GUARDIAN MEDIA TECHNOLOGIES, LTD

DATED: July 21, 2009        By:  */s / John H. Barr*
                                 John H. Barr
                                 Christopher A. Shield
                                 Mateo Z. Fowler
                                 BRACEWELL & GIULIANI LLP

                                 H.G. Robert Fong
                                 KU & FONG

                                 Attorneys for Defendant
                                 OVERSTOCK.COM

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017