John D. Klinedinst, Bar No. 86254
Gregor A. Hensrude, Bar No. 226660
KLINEDINST PC
777 S. Figueroa Street, 47th Floor
Los Angeles, California 90017
(213) 607-2115/FAX (213) 607-2116

Edward E. Casto, Jr. Esq.
Brent N. Bumgardner, Esq.
Barry J. Bumgardner, Esq.
Steven W. Hartsell, Esq.
NELSON BUMGARDNER CASTO, P.C.
5601 Bridge Street, Suite 300
Fort Worth, Texas 76112
817-377-9111/FAX 817-377-3485
Attorneys for Plaintiff GUARDIAN
MEDIA TECHNOLOGIES, LTD.

John H. Barr
Christopher A. Shield
Mateo Z. Fowler
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, Texas 77002-2781
713-223-2300/FAX 713- 221-1212

H.G. Robert Fong
KU & FONG
523 West 6th Street, Suite 707
Los Angeles, California 90014
213- 488-1400/FAX 213-236-9235
Attorneys for Defendant
OVERSTOCK.COM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN MEDIA TECHNOLOGIES, LTD, <br><br> Plaintiff, <br><br> v. <br><br> COBY ELECTRONICS CORPORATION; NINTENDO OF AMERICA, INC.; OVERSTOCK.COM; DELL, INC.; LITE-ON AMERICAS; LITE-ON SALES & DISTRIBUTION, INC.; SHERWOOD AMERICA, INC., <br><br> Defendants. <br><br> AND RELATED CROSS ACTIONS. | Case No.   2:08-cv-8439 R (RCx) <br><br> **ORDER** <br><br> Courtroom:          8 <br> Judge:                  Manuel L. Real <br> Magistrate Judge:  Rosalyn M. Chapman <br> Complaint Filed:   December 22, 2008 <br> Trial Date:            None set |

- 1 -

**[PROPOSED] ORDER**
2:08-cv-8439 R (RCx)

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017

1  The Court, having received a stipulation requesting that the claims of Plaintiff Guardian Media Technologies, Inc. against Defendant Overstock.com, Inc., and the counterclaims of Defendant Overstock.com, Inc. against Guardian Media Technologies, Inc., should be dismissed without prejudice, and having found good cause for the relief sought therein, hereby ORDERS that the claims of Plaintiff Guardian Media Technologies, Inc. against Defendant Overstock.com, Inc. in the above-entitled action, and the counterclaims of Defendant Overstock.com, Inc. in the above-entitled action, are dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: July 27, 2009          By: _____
                                  Hon. Manuel L. Real
                                  United States District Judge

812525v1