1  John D. Klinedinst, Bar No. 86254
   Gregor A. Hensrude, Bar No. 226660
2  Samuel B. Strohbehn, Bar No. 257697
   KLINEDINST PC
3  777 S. Figueroa St., 47th Floor
   Los Angeles, California 90017
4  (213) 607-2115/FAX (213) 607-2116
   sstrohbehn@klinedinstlaw.com
5
   Brent N. Bumgardner, Esq.
6  Edward E. Casto, Jr. Esq.
   Barry J. Bumgardner, Esq.
7  Steven W. Hartsell, Esq.
   NELSON BUMGARDNER CASTO, P.C.
8  3131 West 7th Street, Suite 300
   Fort Worth, Texas 76107
9  817-377-9111/FAX 817-377-3485

10 Attorneys for Plaintiff/Counterdefendant
   GUARDIAN MEDIA TECHNOLOGIES,
11 LTD

12                **UNITED STATES DISTRICT COURT**

13                **CENTRAL DISTRICT OF CALIFORNIA**

14

15 GUARDIAN MEDIA                    | Case No.    2:08-cv-8439 R (RCx)
   TECHNOLOGIES, LTD,
16                                   | **PLAINTIFF'S NOTICE OF APPEAL TO**
                                     | **THE UNITED STATES COURT OF**
17            Plaintiff,             | **APPEALS FOR THE FEDERAL CIRCUIT**

        v.
18                                   | Courtroom:      8
   COBY ELECTRONICS                  | Judge:          Manuel L. Real
19 CORPORATION; NINTENDO OF          | Magistrate Judge: Rosalyn M. Chapman
   AMERICA, INC.;                    | Complaint Filed: December 22, 2008
20 OVERSTOCK.COM; DELL, INC.;        | Trial Date:     None set
   LITE-ON AMERICAS; LITE-ON
21 SALES & DISTRIBUTION, INC.;
   SHERWOOD AMERICA, INC.,
22
             Defendants.
23

24 AND RELATED CROSS ACTIONS.

25

26        Pursuant to the Court's June 29, 2009, Order extending the time to file an appeal

27 (Docket No. 231), notice is hereby given that GUARDIAN MEDIA TECHNOLOGIES,

28 ///

                                   - 1 -
**PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE**
                          **FEDERAL CIRCUIT**
                          2:08-cv-8439 R (RCx)

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017

1    LTD., Plaintiff in the above named case, hereby appeals to the United States Court of

2    Appeals for the Federal Circuit from the following:

3        1.    Court's Civil Minutes and Order Granting Nintendo of America, Inc.'s

4    Motion for Summary Judgment (Docket No. 181);

5        2.    Court's Order Granting Nintendo of America, Inc.'s Motion for Summary

6    Judgment (Docket No. 200);

7        3.    Court's Findings of Fact and Conclusions of Law (Docket No. 199);

8        4.    Court's Order for Judgment in a Civil Case (Docket No. 201);

9        5.    Court's Amended Judgment Pursuant to Federal Rule of Civil Procedure

10   54(b) (Docket No. 207).

11

12                                KLINEDINST PC

13

14   DATED: September 1, 2009        By:  _/s / Samuel B. Strohbehn_____
                                          Samuel B. Strohbehn
15                                        Attorneys for Plaintiff/Counterdefendant
                                          GUARDIAN MEDIA
16                                        TECHNOLOGIES, LTD

17   830720v1

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE
FEDERAL CIRCUIT
2:08-cv-8439 R (RCx)**

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017