John D. Klinedinst, Bar No. 86254
Gregor A. Hensrude, Bar No. 226660
Samuel B. Strohbehn, Bar No. 257697
KLINEDINST PC
777 S. Figueroa St., 47th Floor
Los Angeles, California 90017
(213) 607-2115/FAX (213) 607-2116
sstrohbehn@klinedinstlaw.com

Brent N. Bumgardner, Esq.
Edward E. Casto, Jr. Esq.
Barry J. Bumgardner, Esq.
Steven W. Hartsell, Esq.
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817-377-9111/FAX 817-377-3485

Attorneys for Plaintiff/Counterdefendant
GUARDIAN MEDIA TECHNOLOGIES, LTD

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUARDIAN MEDIA TECHNOLOGIES, LTD,<br><br>Plaintiff,<br><br>v.<br><br>COBY ELECTRONICS CORPORATION; NINTENDO OF AMERICA, INC.; OVERSTOCK.COM; DELL, INC.; LITE-ON AMERICAS; LITE-ON SALES & DISTRIBUTION, INC.; SHERWOOD AMERICA, INC.,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS. | Case No.   2:08-cv-8439 R (RCx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Courtroom:        8<br>Judge:              Manuel L. Real<br>Magistrate Judge: Rosalyn M. Chapman<br>Complaint Filed: December 22, 2008<br>Trial Date:         None set |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Guardian Media Technologies, Ltd. ("Guardian") and Defendant Apple Inc. ("Apple"), (together, "the Parties") hereby stipulate to the dismissal, with prejudice, of all claims, defenses, and counterclaims asserted by Guardian in this action. In consideration for the stipulation herein, the Parties have settled and resolved their differences and entered into an Agreement setting out the terms and conditions of the settlement ("Agreement"). As part of such agreement, the Parties have consented to the entry of an Order approving this Stipulation. Accordingly, the Parties hereby stipulate that:

1. As a result of the Agreement, Apple and all claims that have been and/or could have been asserted against Apple in connection with the subject matter of this action are hereby dismissed, with prejudice, by Plaintiff. Apple hereby dismisses, without prejudice, any counterclaims Apple has and/or could have asserted against Plaintiff;

2. Each party shall bear its own costs and fees.

Respectfully Submitted,

KLINEDINST PC

DATED: December 21, 2009    By: */s / Samuel B. Strohbehn*
Samuel B. Strohbehn
Attorneys for Plaintiff/Counterdefendant
GUARDIAN MEDIA TECHNOLOGIES, LTD

NELSON BUMGARDNER CASTO, P.C.

DATED: December 21, 2009    By: */s / Edward E. Casto, Jr.*
Edward E. Casto, Jr. (*pro hac vice*)
Barry J. Bumgardner (*pro hac vice*)
Brent N. Bumgardner (*pro hac vice*)
Steven W. Hartsell (*pro hac vice*)
Attorneys for Plaintiff/Counterdefendant
GUARDIAN MEDIA TECHNOLOGIES, LTD

| | |
|---|---|
| DATED: December 21, 2009 | By: _/s / Luann L. Simmons_<br>Luann L. Simmons<br>O'MELVENY & MYERS LLP<br>2 Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>Telephone: 415.984-8700<br>Facsimile: 415.984-8701<br>Attorneys for Defendant<br>Apple, Inc. |

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**2:08-cv-8439 R (RCx)**