1  John D. Klinedinst, Bar No. 86254
   Gregor A. Hensrude, Bar No. 226660
2  Samuel B. Strohbehn, Bar No. 257697
   KLINEDINST PC
3  777 S. Figueroa St., 47th Floor
   Los Angeles, California 90017
4  (213) 607-2115/FAX (213) 607-2116
   jklinedinst@klinedinstlaw.com
5  ghensrude@klinedinstlaw.com
   sstrohbehn@klinedinstlaw.com
6
   Brent N. Bumgardner, Esq.
7  Edward E. Casto, Jr. Esq.
   Barry J. Bumgardner, Esq.
8  Steven W. Hartsell, Esq.
   NELSON BUMGARDNER CASTO, P.C.
9  3131 West 7th Street, Suite 300
   Fort Worth, Texas 76107
10 817-377-9111/FAX 817-377-3485

11 Attorneys for Plaintiff/Counterdefendant
   GUARDIAN MEDIA TECHNOLOGIES,
12 LTD

*(left margin, vertical text)* KLINEDINST PC 777 S. FIGUEROA ST., 47TH FLOOR LOS ANGELES, CALIFORNIA 90017

13            **UNITED STATES DISTRICT COURT**

14            **CENTRAL DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16 GUARDIAN MEDIA<br>TECHNOLOGIES, LTD, | Case No.  2:08-cv-8439 R (RCx) |
| 17            Plaintiff, | **PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT AS TO SHERWOOD AMERICA, INC.** |
| 18            v. | |
| 19 COBY ELECTRONICS | Courtroom:      8 |
| 20 CORPORATION; NINTENDO OF<br>AMERICA, INC.; | Judge:          Manuel L. Real<br>Magistrate Judge: Rosalyn M. Chapman |
| 21 OVERSTOCK.COM; DELL, INC.;<br>LITE-ON AMERICAS; LITE-ON | Complaint Filed:  December 22, 2008<br>Trial Date:      None set |
| 22 SALES & DISTRIBUTION, INC.;<br>SHERWOOD AMERICA, INC., | |
| 23            Defendants. | |
| 24 | |
| 25 AND RELATED CROSS ACTIONS. | |
| 26 | |

27        On July 9, 2009, the Court granted Plaintiff's application for default

28 judgment against defendant Sherwood America, Inc. ("Sherwood").  *See* Docket

- 1 -

No. 235. The parties have since entered into an agreement which resolves the differences between the parties and satisfies in full Plaintiff's default judgment against Sherwood.

KLINEDINST PC

DATED: January 7, 2010      By:   */s / Samuel B. Strohbehn*

                            John D. Klinedinst
                            Gregor A. Hensrude
                            Samuel B. Strohbehn
                            Attorneys for Plaintiff/Counterdefendant
                            GUARDIAN MEDIA
                            TECHNOLOGIES, LTD

893785v1

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017

**PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT AS TO SHERWOOD AMERICA, INC.**
**2:08-cv-8439 R (RCx)**