1   John D. Klinedinst, Bar No. 86254
2   Gregor A. Hensrude, Bar No. 226660
    Samuel B. Strohbehn, Bar No. 257697
3   KLINEDINST PC
    777 S. Figueroa St., 47th Floor
4   Los Angeles, California 90017
    (213) 607-2115/FAX (213) 607-2116
5   jklinedinst@klinedinstlaw.com
    ghensrude@klinedinstlaw.com
6   sstrohbehn@klinedinstlaw.com

7   Brent N. Bumgardner, Esq.
    Edward E. Casto, Jr. Esq.
8   Barry J. Bumgardner, Esq.
    Steven W. Hartsell, Esq.
9   NELSON BUMGARDNER CASTO, P.C.
    3131 West 7th Street, Suite 300
10  Fort Worth, Texas 76107
    817-377-9111/FAX 817-377-3485

11  Attorneys for Plaintiff/Counterdefendant
    GUARDIAN MEDIA TECHNOLOGIES,
12  LTD

*KLINEDINST PC*
*777 S. FIGUEROA ST., 47TH FLOOR*
*LOS ANGELES, CALIFORNIA 90017*

13              **UNITED STATES DISTRICT COURT**

14              **CENTRAL DISTRICT OF CALIFORNIA**

15

16  GUARDIAN MEDIA                    | Case No.    2:08-cv-8439 R (RCx)
    TECHNOLOGIES, LTD,
17                                    | **PLAINTIFF'S NOTICE OF**
                 Plaintiff,           | **SATISFACTION OF JUDGMENT AS TO**
18                                    | **SHERWOOD AMERICA, INC.**
         v.
19                                    | Courtroom:      8
    COBY ELECTRONICS                  | Judge:          Manuel L. Real
20  CORPORATION; NINTENDO OF          | Magistrate Judge: Rosalyn M. Chapman
    AMERICA, INC.;                    | Complaint Filed: December 22, 2008
21  OVERSTOCK.COM; DELL, INC.;        | Trial Date:     None set
    LITE-ON AMERICAS; LITE-ON
22  SALES & DISTRIBUTION, INC.;
    SHERWOOD AMERICA, INC.,
23
                 Defendants.
24

25  AND RELATED CROSS ACTIONS.

26

27      On July 9, 2009, the Court granted Plaintiff's application for default

28  judgment against defendant Sherwood America, Inc. ("Sherwood").  *See* Docket

- 1 -

No. 235.  The parties have since entered into an agreement which resolves the differences between the parties and satisfies in full Plaintiff's default judgment against Sherwood.

KLINEDINST PC

DATED: January 7, 2010          By:  _/ s / Samuel B. Strohbehn_
                                    John D. Klinedinst
                                    Gregor A. Hensrude
                                    Samuel B. Strohbehn
                                    Attorneys for Plaintiff/Counterdefendant
                                    GUARDIAN MEDIA
                                    TECHNOLOGIES, LTD

893785v1

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017

**PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT AS TO SHERWOOD AMERICA, INC.**
**2:08-cv-8439 R (RCx)**