UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -REOPENING/CLOSING

Case No. <u>CV-08-8439-R</u>                         Date <u>JANUARY 22, 2010</u>

Title: <u>GUARDIAN MEDIA TECHNOLOGIES LTD -V- COBY ELECTRONICS et al</u>

Present: The Honorable <u>MANUEL L. REAL</u>

| <u>William Horrell</u> | <u>N/A</u> |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
N/A                                        N/A

Proceedings:   ☐ In Court       ☒ In Chambers       ☒ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated <u>December 21, 2009</u>.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other <u>Make JS-6</u>

☐ Entered _____.

Initials of Preparer   <u>WH</u>

CV-74 (10/08)                    CIVIL MINUTES -REOPENING/CLOSING